# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JENICE MARCIAL,

       Plaintiff,

                                     CASE NO.   6:10-cv-1578-19GJK

v.

NORTHSTAR LOCATION SERVICES LLC,

       Defendant.

_____/

## PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, JENICE MARCIAL ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, NORTHSTAR LOCATION SERVICES LLC, ("Defendant"), alleges and affirmatively states as follows:

## INTRODUCTION

1      Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA)

## JURISDICTION AND VENUE

2.      Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3.      Because Defendant conducts business in the state of Florida, personal jurisdiction is established

4.      Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

///

## PARTIES

5.      Plaintiff is a natural person who resides in Kissimmee, Osceola County, Florida.

6.      Plaintiff is informed, believes, and thereon alleges, that Defendant is a company with a business office located in Cheektowaga, New York.

7.      Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

8.      Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

9.      Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10.     Defendant placed collection calls to Plaintiff seeking and demanding to speak with Plaintiff's ex-boyfriend, Rafael DeJesus.

11.     Plaintiff continually informed Defendant that Rafael DeJesus could not be reached at that phone number and requested Defendant to stop calling.

12.     Despite this information, Defendant continued to contact Plaintiff regarding the debt allegedly owed by Mr. DeJesus.

13.     Defendant used disparaging and vulgar language towards Plaintiff during its collection efforts.

14.   Defendant called Plaintiff a "f***ing liar" when Plaintiff informed Defendant that there was nobody by the name Rafael DeJesus at the residence.

15.   Defendant yelled at Plaintiff and accused Plaintiff of "hiding" Rafael DeJesus

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT,**
**(FDCPA), 15 U.S.C. § 1692 et seq.**

16.   Defendant violated the FDCPA.   Defendant's violations include, but are not limited to the following:

a) Defendant violated *§1692b* of the FDCPA by communicating with Plaintiff more than once without being requested to do so and without reasonably believing that the earlier response of Plaintiff was erroneous or incomplete or that Plaintiff now had correct or complete location information.

b) Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

c) Defendant violated *§1692d(2)* of the FDCPA by using obscene or profane language or language the natural consequence of which is to abuse the hearer.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

17.   Statutory damages of $1,000.00, pursuant to the FDCPA, 15 U.S.C. 1692k

18.   Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k.

19.   Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By:

James Pacitti
Krohn & Moss, Ltd
10474 Santa Monica Blvd , Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 x230
Fax:     (866) 802-0021
jpacitti@consumerlawcenter.com
Attorney for Plaintiff
FBN: 119768

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, JENICE MARCIAL hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF FLORIDA)

Plaintiff, JENICE MARCIAL, says as follows:

1.   I am a Plaintiff in this civil proceeding.

2.   I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3.   I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4.   I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5.   I have filed this Complaint in good faith and solely for the purposes set forth in it.

6.   Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7.   Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JENICE MARCIAL, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 01/15/10

_____
JENICE MARCIAL,
Plaintiff

VERIFIED COMPLAINT                                              5